NEW HAVEN SAVINGS BANK *v.* LEONARD
VELARDI ET AL.
(13906)

O'CONNELL, LAVERY and SCHALLER, Js.

Argued April 28—decision released May 30, 1995

*John W. Colleran,* for the appellant (named defendant).

*Robert N. Sensale,* with whom was *Joseph J. Sensale,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.